The application of § 25-5-88, Ala. Code 1975, to summary-judgment orders entered in actions arising under the Workers' Compensation Act is highly doubtful. As we recently indicated in Alpine Associate Industrial Services, Inc. v.Smitherman, 897 So.2d 391, 394 (Ala.Civ.App. 2004), the language of § 25-5-88 indicates that the Legislature intended to require statements of factual findings and legal conclusions only in "a trial court's decision entered after a nonjury trial in a case arising under the Act." However, because no request has been made in this case to overrule Farris v. St. Vincent's Hospital,624 So.2d 183 (Ala.Civ.App. 1993), and its progeny, which have applied § 25-5-88 to summary-judgment orders entered in workers' compensation actions, I concur in the result to reverse.